IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JUDY F. SHINSKY                                                                PLAINTIFF

       v.                Civil No. 07-3037

A.G. EDWARDS & SONS, INC.;
LIFE INSURANCE COMPANY OF
NORTH AMERICA                                                              DEFENDANTS

## O R D E R

On October 10, 2007, the Court issued a letter noting that plaintiff did not plead exhaustion of administrative remedies in this ERISA matter. The Court directed the plaintiff to reevaluate her case and advise the Court within seven (7) days of her position on the exhaustion issue, and if administrative remedies had been exhausted, to immediately amend her complaint to so reflect.

The Court has heard nothing from plaintiff in the ensuing five (5) months, and repeated telephone inquiries directed to plaintiff's counsel have yielded nothing.

**IT IS THEREFORE ORDERED** that plaintiff show cause, within five (5) days of the date of this Order, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED** this 18th day of March, 2008.

                                         /s/ Jimm Larry Hendren
                                         JIMM LARRY HENDREN
                                         UNITED STATES DISTRICT JUDGE